Anna H. JOHNSON, Administratrix of the Goods, Chattels, and Credits of Helmik Johnson, Deceased, Plaintiff-in-Error, v. OCEAN STEAMSHIP CO.,

Defendant-in-Error. (Circuit Court of Appeals, Second Circuit. December 10, 1923.) No. 84. In Error to the District Court of the United States for the Southern District of New York. Edward J. McCrossin, of New York City, for plaintiff. Dayton & Bailey, of New York City (Alfred M. Bailey, of New York City, of counsel), for defendant. Before ROGERS, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Judgment affirmed.